# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2019

Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

Barbara Moses, U.S.M.J.

11/21/19

Re: **United States v. Justin Fiallos**
    **19 Cr. 358 (BCM)**

Dear Judge Moses:

I write, with consent of the Government and Pretrial Services, to request a modification of Mr. Fiallos' bail conditions. On July 19, 2019, at Mr. Fiallos' request, the Court modified his conditions of release originally set on May 23, 2019, to add supervision "as directed" by Pretrial Services to allow for him to apply to the Young Adult Opportunity Program ("the Program"). Since that time, Mr. Fiallos has been in full compliance with those conditions.

Mr. Fiallos has decided to withdraw his application to the Program and intends to change his plea on the adjourn date of December 13, 2019. I, therefore, request that the Court modify his bail status to remove the conditions imposed on July 19, 2019 and reinstate the conditions originally set on May 23, 2019.

Thank you for your consideration of this matter.

Sincerely,

*/s/ Amy Gallicchio*

Amy Gallicchio
Attorney for Justin Fiallos

Cc   AUSA Michael Ross Herman
     PTO Rena Bolin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19