# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2019

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
[signature] 11/26/19
**Barbara Moses, U.S.M.J.**

Adjourned to Dec. 13, 2019 at 10:00 a.m. in Courtroom 20A.

Re: **United States v. Justin Fiallos**
    **19 Cr. 358 (BCM)**

Dear Judge Moses:

I write, with consent of the Government, to request a one week adjournment of the pretrial conference currently scheduled for December 7, 2019. It has come to my attention that Mr. Fiallos has a conflict with his work schedule on that date and, respectfully, requests that the Court adjourn the matter to December 13, 2019, if that date is convenient with the Court.

Thank you for your consideration of this matter.

Sincerely,

/s/ Amy Gallicchio

Amy Gallicchio
Attorney for Justin Fiallos

Cc AUSA Michael Ross Herman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19