```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-                                              19-CR-358 (BCM)

JUSTIN FIALLOS,

                Defendant.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2020

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for March 12, 2020. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than **Thursday, March 5, 2020**.

Dated: New York, New York
       January 17, 2020

SO ORDERED.

_____
**Barbara Moses**
**United States Magistrate Judge**