# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 16, 2020

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/20

**Re:** <u>United States v. Justin Fiallos</u>
**19 Cr. 358 (BCM)**

**MEMO ENDORSED**

Dear Judge Moses,

Due to the public health crisis related to COVID-19 and the need to slow the spread of the virus through social distancing, I write, with the consent of the Government, to request an adjournment of the sentencing hearing currently scheduled in the above referenced matter for March 25, 2020.

I respectfully request an adjournment of approximately 60 days to May 20, 2020 or to a date the Court deems advisable.

Respectfully submitted,

/s/*Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender

Cc: AUSA Michael Herman

> Application GRANTED. The sentencing hearing currently scheduled for March 25, 2020, at 10:00 a.m., is ADJOURNED to **May 20, 2020, at 11:00 a.m.** No later than **May 13, 2020**, the parties are directed to contact chambers at (212) 805-0228 to confirm that the sentencing will go forward on that date. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> March 17, 2020