```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 19-CR-358 (BCM) |
| JUSTIN FIALLOS, | **ORDER** |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

The sentencing proceeding scheduled in this case for **May 20, 2020 at 11:00 a.m.** will be conducted remotely via Skype for Business. Chambers has emailed the required link and credentials to the parties. A publicly accessible audio line is available to nonparties, including members of the public and the press, by dialing **1-917-933-2166** and entering the code **173398038**.[1] Nonparties must observe the same decorum as would be expected at an in-person sentencing, and must mute their telephone lines (or will be muted) throughout the proceeding.

Dated: New York, New York
     May 19, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] If the Court experiences technical difficulties with Skype for Business and is required to transition to its AT&T teleconference line, a publicly accessible audio line will be available to nonparties by dialing 1-888-557-8511 and entering the code 7746387.