# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

August 18, 2020

**VIA ECF**
Honorable Barbara Moses
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *U.S. v. Justin Fiallos*, 19 Cr. 358 (BCM)**

Hon. Judge Moses:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Justin Fiallos' passport to Mr. Fiallos, or to a representative from my office. Mr. Faillos' passport was surrendered to Pretrial Services during the pendency of his criminal case. On May 20, 2020, Mr. Fiallos received a sentence of 6 months probation and 100 hours community service. Pretrial Services has informed my office that they can only release Mr. Fiallos' passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/

Amy Gallicchio
Assistant Federal Defender

**SO ORDERED:**

**HONORABLE BARBARA C. MOSES**
**United States District Judge**
**August 18, 2020**